# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR A. QUINONES MADERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　Defendant. | Case No. 1:19-cv-01798-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND AND DENYING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF Nos. 1, 4, 5) |

Cesar A. Quinones Madera ("Plaintiff"), proceeding *pro se*, filed this action against the United States Department of State due to the failure to return his birth certificate after he applied for a passport. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 21, 2020, the magistrate judge filed a findings and recommendations recommending that Plaintiff's complaint be dismissed without leave to amend and the application to proceed *in forma pauperis* be denied. The findings and recommendations was served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days from the date of service. Although Plaintiff paid the filing fee in this action on January 28, 2020, the period for filing objections has passed and no objections have been filed.

1

Since Plaintiff has now paid the filing fee in this action, the motion to proceed *in forma pauperis* shall be denied as moot.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed January 21, 2020, is ADOPTED IN FULL;
2. The complaint in this action be DISMISSED without leave to amend;
3. Plaintiff's application to proceed without prepayment of fees is DENIED as moot; and
4. The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated: March 4, 2020

SENIOR DISTRICT JUDGE